IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLIE DIERS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ECONOMY PREMIER ASSURANCE COMPANY,<br><br>　　　　　　Defendant. | **8:20CV144**<br><br>**ORDER** |

Before the Court is the Findings and Recommendation ("F&R") of United States Magistrate Judge Bazis, Filing No. 17. No objection has been filed to the F&R. Pursuant to NECivR 72.3 and 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the F&R in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1. The F&R of the magistrate judge, Filing No. 17, is adopted in its entirety;

2. The plaintiff's Motion to Remand, Filing No. 9, is denied.

Dated this 11th day of August, 2020.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　Senior United States District Judge